No. 492. El Pueblo *v.* Torres.—Apelación procedente de la Corte de Distrito de Ponce. Moción del Fiscal desistiendo de la apelación. Resuelto en enero .13, 1913. Desistida la apelación a instancia del Fiscal. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelada no compareció.

---

No. 489. El Pueblo *v.* Amill.—Apelación procedente de la Corte de Distrito de Ponce. Moción del Fiscal desistiendo de la apelación. Resuelto en enero 13, 1913. Desistida la apelación a instancia del Fiscal. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelada no compareció.

---

No. 938. Acosta *v.* Pagán.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en enero 14, 1913. Desestimada la apelación por incumplimiento del artículo 249 del Código de Enjuiciamiento Civil enmendado por la Ley No. 70 de marzo 9, 1911. Abogado del apelado: *Sr. José Sabater.* La parte apelante no compareció.

---

No. 376. Ex parte Martínez.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 14, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.